(111 So. 901)

**John Henry CONRAD v. STATE.**
(4 Div. 321.)

(Supreme Court of Alabama, March 24, 1927.)

Certiorari to Court of Appeals.

Lee & Tompkins, of Dothan, for petitioner. Charlie C. McCall, Atty. Gen., opposed.

PER CURIAM. Petition of John Henry Conrad for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Conrad v. State, 111 So. 899.

Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BROWN, JJ., concur.